RECEIVED IN
The Court of Appeals
Sixth District

JAN 0 5 2015

Texarkana, Texas
Debra Autrey, Clerk

# PD-1383-14

NO. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

AUSTIN , TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

| | |
|---|---|
| MATTHEW VANOVER,<br>             PETITIONER<br><br>VS.<br><br>STATE OF TEXAS,<br>             RESPONDENT | § <br> § <br> § <br> § <br> § <br> § <br> § <br> COA NO. 06-13-00256-CR<br>TRIAL COURT NO. 28,845 |

FILED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

## MOTION TO SUSPEND TEXAS APPELLATE RULE 2

To the Court of Appeals comes the defendant in the above styled and numbered cause and would asks this Court to suspend Texas Appellate Rule 2 for these reasons:

### I.

Petitioner is incarcerated in the Texas Department of Criminal Justice where he is not allowed to make copies on a copy machine and the units commisary does not sell carbon paper nor is it allowed to be sent in as to make copies of the motions inclosed pertaining to a petition for Discretionary Review.

### II.

Petitioner does not have outside resources to obtain copies for the Courts pleasure.

Petitioner begs the court's indulgence in these matters.

RESPECTFULLY SUBMITTED,

_____
MATTHEW VANOVER, PRO-SE